| STATE OF INDIANA | ) | IN THE LAKE COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF LAKE | ) | CAUSE NO: |

STATE OF INDIANA )        IN THE LAKE COUNTY SUPERIOR COURT
                         ) SS:
COUNTY OF LAKE )        CAUSE NO:
                         )
Ryan Williams            )
                         )
            Plaintiff,   )
                         )
     vs.                 )
                         )
Thomas Wiswell and Otto Transfer )
Inc.                     )
                         )
            Defendants.  )

## COMPLAINT FOR DAMAGES

COMES now the Plaintiff, Ryan Williams "Plaintiff" by counsel, and for his Complaint for Damages against the Defendant(s), Thomas Wiswell ("Wiswell") and Otto Transfer Inc. ("Otto Inc.") referred to collectively as "Defendants" alleges and asserts that:

1.      At all times mentioned herein the Plaintiff was and is a resident of the City of Chicago, County of Cook, State of Illinois.

2.      At all times mentioned herein, Defendant Wiswell was a resident of the City of Watertown, County of Carver, State of Minnesota.

3.      At all times mentioned herein, Defendant Otto Inc. was a domestic company licensed to and doing business in the State of Indiana with its principal place of business located at 3665 57th St SE, Delano, MN 55328.

4.      At all times relevant to this Complaint, Defendant Wiswell, was an employee, agent, contractor or servant of Otto Inc.

5.      All of the acts and/or omissions of Otto Inc. herein alleged, were performed and/or omitted by and through the agents, contractors, servants, and/or employees of Otto Inc.,

including but not limited to Defendant Wiswell while they were acting within the scope and course of their contract and/or employment.

6.      At the time of the collision, Defendant Wiswell was operating a commercial vehicle while acting within the course and scope of his employment, agency and/or contract with Otto Inc.

7.      In accordance with the law, Otto Inc. is vicariously liable and responsible for any losses caused by its employee, agent and/or contractor including, but not limited to, Defendant Wiswell's negligence.

8.      At all times mentioned herein, there was and is now near the City of Lake Station, County of Lake, State of Indiana, a public thoroughfare known as Interstate 80, which generally runs in an easterly and westerly direction.

9.      On December 13, 2022, the Plaintiff was parked on an off-ramp when the Defendant struck his vehicle, causing a collision between the vehicles.

10.     The aforementioned collision was directly and proximately caused by the carelessness and negligence of Defendant Wiswell while acting within the course and scope of his employment with Otto Inc.

11.     Otto Inc. is liable for Defendant Wiswell's acts of negligence, which proximately caused the December 13, 2022 collision, described herein.

12.     Otto Inc. is required to comply with all the state and federal regulations regarding the operation of commercial vehicles of any state in which its commercial vehicles operate by its employees or agents or contractors.

13.     Otto Inc. is required to comply with all the regulations articulated within the Federal Motor Carrier Safety Administration Regulations applicable to the operation of commercial vehicles as defined therein or in the applicate state statutory provisions.

14.     Defendant Wiswell is likewise charged with strict compliance with all of the regulations applicable to him as contained within the Federal Motor Carrier Safety Administration Regulations in addition to the laws of the state in which he operates a commercial vehicle as defined therein.

15.     Defendant, Otto Inc., is guilty of the following additional acts of negligence, gross negligence, and/or omissions, which proximately caused or proximately contributed to the collision of December 13, 2022, described herein above:

     a.    Otto Inc. negligently and carelessly failed to properly select, train, and or supervise its drivers including but not limited to, Defendant Wiswell;

     b.    Otto Inc. negligently and carelessly put or allowed to remain on the road an unqualified and/or reckless driver including, but not limited to Defendant, Wiswell;

     c.    Otto Inc. negligently and carelessly failed to screen and test its drivers including, but not limited to Defendant, Wiswell, periodically to monitor and evaluate their safety orientation;

     d.    Otto Inc. negligently and carelessly failed to develop, promulgate, adopt, and/or implement safety policies, procedures and practices for its drivers including, but not limited to Defendant, Wiswell;

     e.    Otto Inc. negligently and carelessly permitted, allowed, and/or failed to stop its drivers, including, but not limited to Defendant, Wiswell, from violating rules, regulations, and/or statutes regarding driver records and logs and/or the maintenance of the drivers' vehicles on the roadway;

     f.    Otto Inc. negligently and carelessly failed to provide periodic systematic safety and/or defensive driving training for its drivers including, but not limited to Defendant, Wiswell;

     g.    Otto Inc. negligently and carelessly failed to provide remedial training of its drivers including, but not limited to, Defendant, Wiswell;

      h.      Otto Inc. negligently entrusted its vehicle to Defendant Wiswell; and

      i.      Any such other negligence or gross negligence and violations of rules, regulations, and statutes as may be shown during the discovery of this matter and/or during the final jury trial of this matter.

16.     As a direct and proximate result of the carelessness and negligence of Defendants, the Plaintiff was harmed, sustained losses and related damages.

WHEREFORE, the Plaintiff, Ryan Williams prays that the Court grant judgment against the Defendants Wiswell and Otto Inc. in an amount commensurate with his harms and losses, for pre and post judgment interest, for the costs of this action, and for all other relief just and proper in the premises.

Respectfully submitted,

_____
Andrew Verhonik, # 36267-32
Attorney for Plaintiff

## <u>REQUEST FOR TRIAL BY JURY</u>

Comes now the Plaintiff, Ryan Williams by counsel and files herein his request for trial by jury for the above action.

Respectfully submitted,

Andrew Verhonik, # 36267-32
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
8350 Sunlight Drive, Ste. 300
Fishers, IN 46037
(317) 472-3333 Phone
(317) 472-3340 Facsimile
averhonik@hirehensley.com